## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SMART GROUP TRADERS INC., COSMOS GRANITE (WEST) LLC, COSMOS GRANITE (SOUTH WEST) LLC, AND TRADELINK WOOD PRODUCTS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMIESON GREER, in his official capacity as United States Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; the UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection,<br><br>Defendants. | **Court No. 26-04898** |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to a three-judge panel consisting of Judge Jennifer Choe-Groves, Judge Timothy M. Reif, and Judge Lisa W. Wang.

Dated: November 4, 2026

/s/ Mark A. Barnett
Mark A. Barnett
Chief Judge